AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

'11 AUG -8 A10:55

FILED
US DISTRICT COURT CLERK
WESTN. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 5:11MJ-254-K |
| EZEQUIEL FLORES-GARCIA<br>MARIA TAPIA | ) |
| *Defendants* | |

### CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about August 5, 2011, in the Western District of Kentucky, Graves County, Kentucky, and elsewhere, **Ezequiel Flores-Garcia and Maria Tapia,** defendants herein, attempted to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substances, as defined by Title 21, United States Code, in violation of Section 841(a)(1).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(viii).

This criminal complaint is based on these facts: see attachment A.

☐ Continued on the attached sheet

_____
Joseph A. Tokarz, Special Agent
*Complainant's signature*

*Sworn to before me and signed in my presence.*

Date: August 8, 2011

_____
*Issuing officer's signature*

City and State: Paducah, Kentucky

W. David King
*United States Magistrate Judge*

RBB

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph A. Tokarz, do hereby swear:

That I am a Special Agent with the U.S. Drug Enforcement Administration (DEA), assigned to the Madisonville, Kentucky Post Of Duty, and as such a my duties include the investigation of violations of the Controlled Substances Act and related federal violations.

1. Since August 2010, your affiant and detectives of the Kentucky State Police (KSP) have been receiving information that suspects in Graves County, Kentucky, are smuggling and distributing quantities of methamphetamine in western Kentucky.

2. In August 2011, your affiant received information that suspects identified under this investigation would be at 11344 St. Rt. 97, Sedalia, KY during the first week of the month with a quantity of methamphetamine.

3. On 8/5/11 at approximately 7:00 a.m., your affiant and KSP personnel located Ezequiel Flores-Garcia and Maria Tapia at 11344 St. Rt. 97, Sedalia, KY driving a green Ford Explorer Your affiant and KSP personnel subsequently searched the vehicle and located and seized approximately 1247.4 grams of suspected methamphetamine. Police field tested the suspected drugs, which indicated positive for the presence of methamphetamine. Based on your affiant's training and experience, your affiant knows this quantity of suspected methamphetamine is consistent with narcotics distribution.

Therefore based on the above information, your affiant has reason to believe that there exits violations of the Controlled Substances Act, Title 21 USC 841 and 846.

Joseph A. Tokarz, Jr.
Special Agent
U.S. Drug Enforcement Administration

Sworn before me this day
8 day of August 2011

W. David King
U.S. Magistrate Judge
Western District of Kentucky

1